## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2911  Assigned/Issued By: J. N.

Judge Name: holderman  Designated Magistrate Judge: cole

### FEE INFORMATION

Amount Due:  ☑ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $455.00

Number of Service Copies _____  Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350  Receipt #: 2791209

Date Payment Rec'd: 5-20-08  Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
 _____
 (Victim, Against and $ Amount)
☐ Citation to Discover Assets  ☐ Other
☐ Writ _____
 (Type of Writ)  _____
 (Type of issuance)

1  Original and  0  copies on  5-20-08  as to  defendant
 (Date)