# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>v.<br><br>SCOTT ROGERS, Individually and d/b/a ROGERS HAULING, INC. | Docket Number: _____<br><br>Assigned Judge: 08CV2911 ~~JUDGE HOLDERMAN~~<br><br>Designated Magistrate Judge: MAG. JUDGE COLE |

TO: (Name and address of defendant)

SCOTT ROGERS, Individually
and d/b/a ROGERS HAULING, LLC.
152 W. Prairiefield Avenue
Cortland, Illinois 60112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    _____
Michael W. Dobbins, Clerk            Date

Michael W. Dobbins, Clerk
*[signature]*
(By) DEPUTY CLERK

May 20, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/5/08 @ 1:15 pm |
| NAME OF SERVER (PRINT) Brian Riesel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served Scott Rogers, individually and d/b/a Rogers Hauling, LLC at his residence: 152 W. Prairiefield Ave, Cortland IL (w/m 35-40, short blond hair, glasses)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/5/08
Date

Signature of Server

1480 Renaissance #208
Park Ridge IL 60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.