## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT ROGERS, Individually and d/b/a ROGERS HAULING, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No.  08 C 2911 <br><br> Judge Holderman <br><br> Magistrate Judge Cole |

### NOTICE OF MOTION

To:   SCOTT ROGERS, Individually
      and d/b/a ROGERS HAULING, LLC.
      152 W. Prairiefield Avenue
      Cortland, Illinois  60112

PLEASE TAKE NOTICE that on July 3, 2008, at 9:00 a.m., I will appear before the Honorable Judge Holderman in Room 2541 and then and there present the attached Motion for Judgment in Sum Certain, a copy of which is attached hereto.

Respectfully submitted,

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:   (312) 341-0438
Dated:  June 26, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

SCOTT ROGERS, Individually
and d/b/a ROGERS HAULING, LLC.
152 W. Prairiefield Avenue
Cortland, Illinois 60112

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  June 26, 2008