# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2911 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Trustees of the Suburban Teamsters of Northern IL vs. Scott Rogers, individually and d/b/a Rogers Hauling, LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for judgment in sum certain [7] is granted. ENTER ORDER OF JUDGMENT: It is ordered by judgment is entered in favor of the plaintiff, Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds and against the defendant, Scott Rogers, individually and d/b/a Rogers Hauling, LLC in the amount of $3,791.50.

■ [ For further detail see separate order(s).]　　　　　　　　　　　　　　　Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | AMM |
|---|---|---|