IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT ROGERS, Individually and d/b/a ROGERS HAULING, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 08 C 2911<br>)<br>)  Judge Holderman<br>)<br>)<br>)  Magistrate Judge Cole<br>)<br>) |

ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, SCOTT ROGERS, Individually and d/b/a ROGERS HAULING, LLC in the amount of $3,791.50.

.

    Date: July 10, 2008

    Entered:

    _____
    JUDGE JAMES F. HOLDERMAN