# United States District Court for the Northern District of Illinois

Case Number: 08CV2911          Assigned/Issued By: DAJ

Judge Name: HOLDERMAN          Designated Magistrate Judge: COLE

## FEE INFORMATION

*Amount Due:*  ☐ $350.00     ☐ $39.00     ☐ $5.00
              ☐ IFP         ☐ No Fee     ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

## ISSUANCES

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☑ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __1__ copies on __07/15/08__ as to __RESOURCE BANK__
                                      (Date)
(NO NOTICE) _____

C:\wpwin80\docket\feeinfo.frm     03/14/05