IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT ROGERS, Individually and d/b/a ROGERS HAULING, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 2911<br>)<br>) Judge Holderman<br>)<br>)<br>) Magistrate Judge Cole<br>)<br>) |

MOTION FOR TURNOVER ORDER

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, ARNOLD AND KADJAN, and moves this court for an Order directing Resource Bank to turn over the sum of $1,725.97 which they are holding pursuant to a Citation to Discover Assets. In support of its motion, Plaintiff states:

1. On July 17, 2008 Resource Bank's response to Plaintiff's Citation to Discover Assets stated it was holding $1,725.97 (see attached).

2. Resource Bank advised on July 17, 2008 that it would turn over said sum of $1,725.97 upon receipt of an appropriate turnover order.

WHEREFORE, Plaintiffs pray this Court to issue an Order directing Resource Bank to turn over the amount of $1,725.97 it is holding.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE
AND PENSION FUND

By: _____  7/21/08
    One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2

07/17/2008 12:11 FAX  815 748 1400          RESOURCE BANK                              ☑001/001



A  NATIONAL  BANK

July 17, 2008

John J. Toomey
Arnold & Kadjan
19 West Jackson Blvd
Chicago, IL  60604

Dear Mr. Toomey:

Resource Bank is holding $1,725.97 for Steven Scott Rogers, Rogers Hauling LLC.  This is in regards to your Citation to Discover Assets, case no. 08 C 2911.

You may call me at 815-748-1452 if you have any questions.

Sincerely,

*Judy Awe*
Judy Awe
Manager of Deposit Operations

*Where Banking is a Pleasure®*

555 Bethany Road
DeKalb, Illinois 60115
(815) 756-6321  (800) 845-4122

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT ROGERS, Individually and d/b/a ROGERS HAULING, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 08 C 2911<br>)<br>)  Judge Holderman<br>)<br>)<br>)  Magistrate Judge Cole<br>)<br>) |

## TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that: Resource Bank, 555 Bethany Road, DeKalb, Illinois 60115 is directed to pay to the judgment creditor, the Trustees of the Suburban Teamsters of Northern Illinois Funds, the sum of $1,725.97, the amount held by Resource Bank pursuant to a Citation to Discover Assets and deliver said proceeds by check to Plaintiff's counsel, Arnold and Kadjan, 19 W. Jackson Boulevard, Chicago, Illinois 60604.

Dated:

Enter:

_____
HONORABLE JUDGE HOLDERMAN