IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) No. 08 C 2911 |
| v. | )<br>) Judge Holderman<br>) |
| SCOTT ROGERS, Individually and d/b/a ROGERS HAULING, LLC, | )<br>) Magistrate Judge Cole<br>) |
| Defendant. | ) |

NOTICE OF MOTION

To:   SCOTT ROGERS, Individually
      and d/b/a ROGERS HAULING, LLC.
      152 W. Prairiefield Avenue
      Cortland, Illinois 60112

      Ms. Judy Awe
      Manager of Deposit Operations
      Resource Bank
      555 Bethany Road
      DeKalb, Illinois 60115

   PLEASE TAKE NOTICE that on July 29, 2008, at 9:00 a.m., I will appear before the Honorable Judge Holderman in Room 2541 and then and there present the attached Motion for Turnover Order, a copy of which is attached hereto.

                              Respectfully submitted,

                              s/John J. Toomey
                              ARNOLD AND KADJAN
                              19 W. Jackson Blvd., Suite 300
                              Chicago, IL 60604
                              Telephone No.: (312) 236-0415
                              Facsimile No.: (312) 341-0438
                              Dated: July 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

SCOTT ROGERS, Individually
and d/b/a ROGERS HAULING, LLC.
152 W. Prairiefield Avenue
Cortland, Illinois 60112

Ms. Judy Awe
Manager of Deposit Operations
Resource Bank
555 Bethany Road
DeKalb, Illinois 60115

                                        **s/John J. Toomey**
                                        ARNOLD AND KADJAN
                                        19 W. Jackson Blvd., Suite 300
                                        Chicago, IL 60604
                                        Telephone No.: (312) 236-0415
                                        Facsimile No.: (312) 341-0438
                                        Dated: July 21, 2008