## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2911 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Trustees of the Suburban Teamsters of Northern IL vs. Scott Rogers, individually and d/b/a Rogers Hauling, LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's amended motion for turnover order [13] [15] is granted.  ENTER TURNOVER ORDER: It is ordered that Resource Bank, 555 Bethany Road, DeKalb, Illinois 60115 is directed to pay to the judgment creditor, the Trustees of the Suburban Teamsters of Northern Illinois Funds, the sum of $2850.00 and deliver said proceeds by check to plaintiff's counsel, Arnold and Kadjan, 19 W. Jackson Blvd, Chicago, Illinois 60604.

■ [ For further detail see separate order(s).]                                    Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | AMM |
|---|---|---|