IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ROGERS, Individually and d/b/a ROGERS HAULING, LLC,<br><br>Defendant. | No. 08 C 2911<br><br>Judge Holderman<br><br>Magistrate Judge Cole |

## RELEASE (SATISFACTION) OF JUDGMENT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, having receiving $2,850.00 as payment in full of the judgment entered on July 10, 2008 against Defendant, SCOTT ROGERS, Individually and d/b/a ROGERS HAULING, LLC.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 7, 2008