IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) No. 08 C 2911 |
| v. | ) ) Judge Holderman ) |
| SCOTT ROGERS, Individually and d/b/a ROGERS HAULING, LLC, | ) ) Magistrate Judge Cole ) |
| Defendant. | ) |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: SCOTT ROGERS, Individually
and d/b/a ROGERS HAULING, LLC.
152 W. Prairiefield Avenue
Cortland, Illinois 60112

PLEASE TAKE NOTICE that on August 7, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1. Release (Satisfaction) of Judgment.

a copy of which is attached hereto and served upon you.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

SCOTT ROGERS, Individually
and d/b/a ROGERS HAULING, LLC.
152 W. Prairiefield Avenue
Cortland, Illinois  60112

                                        s/John J. Toomey
                                        ARNOLD AND KADJAN
                                        19 W. Jackson Blvd., Suite 300
                                        Chicago, IL 60604
                                        Telephone No.:  (312) 236-0415
                                        Facsimile No.:  (312) 341-0438
                                        Dated:  August 7, 2008